THOMAS F. CROUGH, Respondent, v. ERNST NURGE et al.,
Appellants.

*Crough* v. *Nurge*, 44 App. Div. 19, affirmed.
(Argued October 16, 1901; decided November 1, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
October 31, 1899, affirming a judgment in favor of plaintiff
entered upon a decision of the court on trial at Special Term.

*Henry A. Monfort* for appellants.

*Clarence Edwards* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: GRAY, BARTLETT, MARTIN, VANN and WERNER,
JJ.   Absent: PARKER, Ch. J.   Not sitting: CULLEN, J.

———————

WILLIAM R. MONTGOMERY, Respondent, v. THE BRUSH ELEC-
TRIC ILLUMINATING COMPANY OF NEW YORK, Appellant.

*Montgomery* v. *Brush Electric Ill. Co.*, 48 App. Div. 12, affirmed.
(Argued October 16, 1901; decided November 1, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
February 21, 1900, affirming a judgment in favor of plaintiff
entered upon the report of a referee.

*Noel Gale* for appellant.

*William G. Wilson* and *Philip S. Dean* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: GRAY, BARTLETT, MARTIN, VANN, CULLEN and
WERNER, JJ.   Absent: PARKER, Ch. J.